vember 1, 1915.) Action by Charles A. J. Queck-Berner against the Ward Baking Company.

PER CURIAM. Judgment unanimously affirmed, with costs. Assuming what is not the fact, that the proof established the carelessness of the defendant, it would be an undue expansion of the doctrine of liability announced in Thomas v. Winchester, 6 N. Y. 397, 57 Am. Dec. 455, and cognate cases, to include this case within the application of that doctrine.

RAMSAY v. FAIRBANKS, MORSE & CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Jessie Ramsay for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) for the death of Leslie R. Chase against Fairbanks, Morse & Co., employer, and the Ocean Accident & Guarantee Corporation, Limited, insurer.

PER CURIAM. Award reversed, and matter remanded to Commission, that the appellants may be allowed to cross-examine those claiming to be beneficiaries under the act; the court holding that the grandparent, if dependent, is entitled to compensation.

HOWARD, J., votes for affirmance.

In re RANSCHT. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) In the matter of the judicial settlement of the account of proceedings of Frederick Ranscht, as guardian of William R. Bare, an infant. No opinion. Orders of the Surrogate's Court of Westchester County of April 27, 1915, severally affirmed, with $10 costs and disbursements.

RAPP, Respondent, v. RAPP, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Harry Rapp against Tillie Rapp. J. Fischer, of New York City, for appellant. C. L. Hoffman, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed.

RED EAGLES, SUPREME COUNCIL, et al., Respondents, v. REGAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by the Red Eagles, Supreme Council, and others, against Michael Regan and others. No opinion Judgment and order affirmed, with costs.

In re REDMOND. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) In the matter of the application of James W. Redmond for a writ of mandamus against Michael J. Hogan and others, wherein Lucien S. Bayliss intervened. No opinion. Order affirmed, without costs.

REIDY, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Dennis J. Reidy against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

REINHARDT, Respondent, v. BOTTENUS, Appellant. (Supreme Court, Appellate Divi-

sion, First Department. November 5, 1915.) Action by George N. Reinhardt against Edward Bottenus. W. S. Evans, of New York City, for appellant. G. H. Taylor, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REISERT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1915.) Action by Frederick Reisert against the City of New York. No opinion. Judgment and order affirmed, with costs.

RENAUT, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Amanda Renaut against the City of New York, impleaded with others. E. C. Kindleberger, of New York City, for appellant. H. Gottlieb, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1142; 155 N. Y. Supp. 1136.

RENAUT v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Amanda Renaut against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1136.

RICE, Respondent, v. BARTLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Dollie Rice against Robert Bartlett. No opinion. Appeal dismissed, without costs, upon stipulation filed.

RIDGE, Respondent, v. ODENBACH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Clarence Ridge against the Odenbach Company.

PER CURIAM. Judgment of Monroe County Court and judgment of Rochester Municipal Court reversed, with costs in all courts to the appellant. Held, that the plaintiff failed to establish actionable negligence against the defendant.

ROBSON, J., dissents, and votes for affirmance.

In re RIES. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) In the matter of the application of Charles Ries and Anna M. H. Hueg, as creditors of Catherine A. C. Rehfeldt.

PER CURIAM. The surrogate's right and duty to bring in an interested party who has not been named in the original citation is in furtherance of equity. Matter of Ibert, 48 App. Div. 510, 62 N. Y. Supp. 1051. No ground is disclosed to review or modify this exercise of the surrogate's powers. The petition was also in proper form. Where the applicants reside out of the county, and the matters are peculiarly within the attorney's knowledge, the attorney may properly verify such a petition. Moorehouse v. Hutchinson, 2 Demarest, 429. The surrogate's order permitting an amendment and the issue of a supplemental citation to bring in

the mortgagee was therefore right. Order of the Surrogate's Court of Queens County affirmed, with $10 costs and disbursements.

In re RIFKIND. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Alfred J. Rifkind. No. opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 165 App. Div. 983, 150 N. Y. Supp. 1109.

ROBINSON CLAY PRODUCT CO. v. JOHN THATCHER & SON. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by the Robinson Clay Product Company against John Thatcher & Son. No opinion. Application denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 106.

ROCHESTER PHOTO WORKS, Inc., Appellant, v. BAUSCH & LOMB OPTICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by the Rochester Photo Works, Incorporated, against the Bausch & Lomb Optical Company. No opinion. Orders affirmed, with $10 costs and disbursements.

ROCK ISLAND BUTTER CO. v. ROWLAND. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the Rock Island Butter Company against James Rowland. Motion denied, without costs, with leave to respondent to file additional brief. Opinion per curiam. Settle order on notice. See, also, 144 N. Y. Supp. 1142; 168 App. Div. 944, 153 N. Y. Supp. 1140.

ROCKWELL v. LEWIS et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Judge A. Rockwell for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against John L. Lewis, employer, and the Ætna Life Insurance Company, insurer. No opinion. Motion granted. See, also, 168 App. Div. 674, 154 N. Y. Supp. 893.

RODENHURST, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Dewitt C. Rodenhurst, as executor, etc., against Jerome B. Cooper, as executor, etc. PER CURIAM. Judgment modified, by striking out the provision for specific performance, and in lieu thereof adjudging that the plaintiff, as executor of the will of said Lavina Cooper, has a valid claim against the estate of Victor Cooper for the expenses incurred for the care and support of the said Lavina Cooper, including medical attendance, from January 1, 1914, and her funeral expenses, and for a monument erected over her grave, as provided in the will of said Victor Cooper, the amount of such claim to be determined, adjusted, and paid in the usual course of administration of the estate of said Victor Cooper, and, as so modified, the judgment is affirmed, together with the order, without costs of this appeal to either party.

ROGERS, Respondent, v. KNICKERBOCKER ICE CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Charles P. Rogers against the Knickerbocker Ice Company, impleaded with others. F. R. Savidge, of New York City, for appellant. L. E. Ginn, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, in which event, judgment, as so modified, and order affirmed, without costs. Settle order on notice.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent, and vote for reversal.

ROGERS et al., Respondents, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Henry J. Rogers and another against Samuel F. Robinson. No opinion. Judgment modified, by reducing the amount of the extra allowance set forth therein to the sum of $125.47, and, as so modified, affirmed, without costs of this appeal.

ROGERS v. ROGERS. SAME v. ROGERS et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Actions by Elijah P. Rogers against George W. Rogers and against George W. Rogers and Frank J. Rogers. No opinion. Motion granted, substituting Mary Belle Carter as plaintiff in each action.

ROHDE, Appellant, v. H. W. SCHMEELK OYSTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Henry W. Rohde against the H. W. Schmeelk Oyster Company. No opinion. Judgment affirmed, with costs.

ROONEY, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by James F. Rooney against Charles Stone.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., not voting.

ROOT, Appellant, v. BRAINARD, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Perle W. Root against John M. Brainard. M. A. Warren, of New York City, for appellant. T. H. Beardsley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 165 App. Div. 905, 906, 149 N. Y. Supp. 1108; 165 App. Div. 977, 150 N. Y. Supp. 1110.

ROSENBLUM, Respondent, v. PAIGE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Samuel S. Rosenblum against Frank L. Paige and others. H. W. Simpson, of New York City, for appellants. B. H. Arnold, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.